FILED

NOV 22 2011

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 11-CR-5131-BEN |
| Plaintiff, | |
| v. | **JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT** |
| JOSE LAGUNA GUILLEN, | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the indictment in Case No. 11-CR-5131-BEN against defendant JOSE LAGUNA GUILLEN be dismissed with prejudice.

IT IS SO ORDERED.

DATED: 11/22/11.

HONORABLE ROGER T. BENITEZ
United States District Judge